IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR L. McMURRY, | ) | 7:07CV5006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| AG LAND ENTERPRISES, L.L.C., a | ) | |
| Nebraska Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 16) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

April 30, 2007.                                BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge